IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONI SMITH, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:08-CV-1241-N (BH) |
| | § |
| MICHAEL J. ASTRUE, | § |
| Commissioner of Social Security, | § |
| | § |
| Defendant. | § |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's *Motion for Summary Judgment*, filed December 5, 2008, is **GRANTED** and the Commissioner's *Motion for Summary Judgment*, filed January 5, 2009, is **DENIED**. The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** for reconsideration. On remand, the ALJ must rely on the testimony of a VE in his step 5 determination as to whether Plaintiff can perform other work despite her nonexertional impairments.

**SIGNED May 1, 2009.**

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE